# AFFIDAVIT OF PROCESS SERVER

United States District Court                           District Of Columbia

**Loma Linda University Medical Center**

    Plaintiff

vs.

**Michael O. Leavitt, in his official capacity as Secretary of Health and Human Services**

    Defendant

Attorney:

Jeffrey A. Lovitky
1735 New York Ave., NW
Washington, DC. 20006

**Case Number:** 1:06CV01927

**Court Date:**
**Court Time:**

Legal documents received by Same Day Process Service on **November 13th, 2006 at 1:45 PM** to be served upon **Jeffrey A. Taylor, United States Attorney at 501 3rd St., NW, Washington, DC. 20530**

I, B. Tony Snesko, swear and affirm that on **November 13th, 2006 at 2:53 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case, Complaint**, to **Gary Nails** as **Docket Clerk** of the within named agency, to wit: **United States Attorney** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male    Age: 30    Height: 5'9"    Weight: 175    Skin Color: Black    Hair Color: Black    Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am a professional process server, eighteen years of age or older and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000001430

District of Columbia: SS
Subscribed and sworn to before me, In my presence, this _16_ day of _November_ _2006_

Notary Public, D.C.
My commission expires _June 30, 2011_

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.