IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY MEDICAL CENTER )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL O. LEAVITT, IN HIS )<br>OFFICIAL CAPACITY AS SECRETARY )<br>OF HEALTH AND HUMAN SERVICES )<br>)<br>Defendant, )<br>) | Civil Action No.<br>06CV01927 (RWR) |

AFFIDAVIT OF SERVICE

1. My name is Hyejin Park. I am an assistant employed by Jeffrey Lovitky, 1735 New York Avenue, NW, Suite 700, Washington, D.C. 20006.

2. I am over 18 years of age, and not a party to the above action.

3. On November 29, 2006, I caused to be served by certified mail, return receipt requested, the Summons and Complaint in this action on (i) the Honorable Alberto Gonzalez, Attorney General of the United States, 950 Pennsylvania Avenue, N.W., Washington D.C. 20530; and on (ii) the

Honorable Michael O. Leavitt, Secretary of Health and Human Services, 200 Independence Avenue, S.W., Washington D.C. 20530.

    4. I declare under penalty of perjury that the foregoing is true and correct.

_Hyejin Park_ (signature)
Hyejin Park

Sworn to and subscribed before me this  29th  day of November, 2006

_Carol Michaelsen_ (signature)
Notary Public

My commission expires: _____

CAROL L. MICHAELSEN
NOTARY PUBLIC
District of Columbia
My Commission Expires April 14, 2010