UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY MEDICAL CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL O. LEAVITT, )<br>Secretary of Health and Human Services, )<br><br>Defendant. )<br>_____ ) | Case No. 1:06CV01927 (TFH) |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Jonathan C. Brumer for the Defendant Michael O. Leavitt, the Secretary of Health and Human Services, in the above-captioned action.

                                              _____
                                              JONATHAN C. BRUMER
                                              D.C. Bar No. 463328
                                              U.S. Department of Health and Human Services
                                              Office of the General Counsel
                                              Centers for Medicare and Medicaid Services
                                               Division
                                              330 Independence Ave., S.W.
                                              Cohen Building, Room 5344
                                              Washington, D.C. 20201
                                              (202) 205-8703