IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES <br><br> Defendant, | ) ) ) ) ) ) ) ) Civil Action No. 06cv1926 ) (Consolidated with 06cv1927) ) ) (TFH) ) ) ) ) ) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
FOR THE SUBMISSION OF BRIEFS**

Plaintiffs, Loma Linda Kidney Center and Loma Linda Medical Center, by and through their undersigned counsel, respectfully move for an order extending the briefing schedule by sixty (60) days. In support of the instant motion, Plaintiffs state as follows:

1. On November 13, 2006, the Plaintiffs initiated this action with the filing of a Complaint in <u>Loma Linda University Kidney Center v. Leavitt</u>, 1:06CV1926, and <u>Loma Linda University Medical Center v. Leavitt</u>, 1:06CV1927.

2.  On January 10, 2007, the Secretary of Health and Human Services ("the Secretary") filed an Unopposed Motion in which he respectfully requested an enlargement of time of thirty (30) days, up to and including February 12, 2007, within which to answer or otherwise respond to Plaintiff's Complaint.  The Court granted this Motion on January 12, 2007.

3.  On February 12, 2007, the Secretary filed its Answers to the Complaints. On February 28, 2007, the Secretary also filed with the Court a Notice of Filing of the administrative record in this action.

4.  On April 4, 2007, Plaintiff submitted to Defendant via overnight mail a Document Production Request seeking a copy of the log, referred to Paragraph 23 of Defendant's Answer, reflecting the date upon which the denial letter dated November 15, 2000 was signed, and the date upon which such letter was actually mailed to the Medicare Part A fiscal intermediary.

5.  By order dated April 20, 2007, the Court consolidated both cases filed herein. The Court further established the following briefing schedule: Plaintiff's Motion for Summary Judgment – June 6, 2007; Defendants' Oppositions and Cross Motions- July 11, 2007; Plaintiff's Opposition and Reply – August 15, 2007; Defendants' Replies - September 19, 2007.

6. Plaintiff respectfully requests a sixty (60) day enlargement in the schedule for the submission of dispositive motions. Pursuant to the requested schedule, dispositive briefs would be due as follows: Plaintiff's Motion for Summary Judgment – August 6, 2007; Defendants' Oppositions and Cross Motions- September 12, 2007; Plaintiff's Opposition and Reply – October 15, 2007; Defendants' Replies - November 19, 2007.

7. In support of this motion, Plaintiff's counsel notes that the administrative record filed by the Secretary in these cases consists of 1923 pages. This is an extensive record to review in a very short period of time. In addition, counsel for Plaintiff will be moving into a new office on May 20, 2007, which will necessitate considerable packing and reorganization.

8. Counsel for Plaintiff is also a sole practitioner, and is responsible for several other cases currently in litigation. Plaintiff's counsel represents the Appellant in St. Joseph Hospital v. Leavitt, currently pending at the United States Court of Appeals for the Ninth Circuit, Case No. 07-55058. Plaintiff's counsel is responsible for the preparation of the briefs in that case, which are due on June 25, 2007.

9. Plaintiff's attorney is also the sole counsel in the following additional cases for which briefing schedules are expected to be issued imminently:

American Council of the Blind v. Secretary of Treasury, United States Court of Appeals for the District of Columbia Circuit, Case No. 07-5063; Chippewa Dialysis Services v. Leavitt, United States Court of Appeals for the District of Columbia Circuit, Case No. 07-5063; and Gundersen Lutheran Medical Center v. Leavitt, United States District Court for the District of Columbia, Case No. 06CV2195.

10. This request is made in good faith and not for purposes of delay. Defendant consents to this request for a sixty (60) day enlargement to the briefing schedule.

11. A proposed order is attached.

WHEREFORE, Plaintiff respectfully requests that the Court issue an Order establishing a briefing schedule as herein requested.

DATED: April 24, 2007

                              Respectfully submitted,

                              /s
                              JEFFREY A. LOVITKY
                              (D.C. Bar No. 404834)
                              Attorney at Law
                              Washington, D.C. 20006
                              (202) 429-3393

                              Counsel for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY KIDNEY CENTER  Plaintiff,  v.  MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES  Defendant, | ) ) ) ) ) ) ) Civil Action No. 06cv1926 ) (Consolidated with 06cv1927) ) )  (TFH) ) ) ) ) ) |

**ORDER**

Having considered Plaintiff's consent motion for an enlargement of time for the submission of briefs, it is this __ day of ___, 2007,

**ORDERED** that dispositive motions shall be submitted as follows:

Plaintiff's Motion for Summary Judgment – August 6, 2007 Defendants'

Oppositions and Cross Motions- September 12, 2007

Plaintiff's Opposition and Reply – October 15, 2007

Defendants' Replies - November 19, 2007

_____
United States District Judge