UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOMA LINDA UNIVERSITY MEDICAL CENTER, </br></br>          Plaintiff, </br></br>               v. </br></br> MICHAEL O. LEAVITT, </br> Secretary, United States Department of </br> Health and Human Services, </br></br>          Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )  Civ. Action No. 06-1926 (TFH) </br> )  (Consolidated with Civ. Action No. 06- </br> )   1927) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007           Respectfully submitted,


                                    /s/
                                    MEGAN L. ROSE, NC Bar No. 28639

                                    /s/
                                    CHARLOTTE A. ABEL
                                    D.C. Bar No. 388582
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C. 20530
                                    (202) 307-2332